**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Craig L. Schwab, Individually and on Behalf
of All Others Similarly Situated,

                    Plaintiff,

        vs.

E*TRADE FINANCIAL CORPORATION,
E*TRADE SECURITIES LLC, PAUL T.
IDZIK, RODGER A. LAWSON, KARL A.
ROESSNER, and DAVID HERBERT,

                    Defendants.

**Civil Action No. 16-cv-5891-JGK**

**CLASS ACTION**

## NOTICE OF DEFENDANTS'
## MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss The Amended Complaint, and the Declaration of Julia M. Beskin in Support of Defendants' Motion to Dismiss The Amended Complaint and the Exhibits annexed thereto, defendants E*TRADE Financial Corporation, E*TRADE Securities LLC, Paul T. Idzik, Rodger A. Lawson, Karl A. Roessner, and David Herbert move the United States District Court for the Southern District of New York, located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), granting Defendants' Motion to

Dismiss The Amended Complaint with prejudice and granting such other and further relief as the

Court deems just and proper.

DATED:   New York, NY
         January 11, 2017

QUINN EMANUEL URQUHART &
SULLIVAN, LLP


*/s/ Corey Worcester*
Faith E. Gay
Marc L. Greenwald
Corey Worcester
Julia M. Beskin
Renita Sharma
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel. (212) 849-7000
Fax (212) 849-7100
faithgay@quinnemanuel.com
marcgreenwald@quinnemanuel.com
coreyworcester@quinnemanuel.com
juliabeskin@quinnemanuel.com
renitasharma@quinnemanuel.com

*Attorneys for defendants E\*TRADE
Financial Corporation, E\*TRADE
Securities LLC, Paul T. Idzik, Rodger A.
Lawson, Karl A. Roessner, and David
Herbert*