**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Craig L. Schwab, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>E*TRADE FINANCIAL CORPORATION, E*TRADE SECURITIES LLC, PAUL T. IDZIK, and KARL A. ROESSNER,<br><br>　　　　　　　　Defendants. | **Civil Action No. 16-cv-5891-JGK**<br><br>**CLASS ACTION** |

**NOTICE OF DEFENDANTS'**
**MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

　　　　PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss The Second Amended Complaint, and the Declaration of Julia M. Beskin in Support of Defendants' Motion to Dismiss The Second Amended Complaint and the Exhibits annexed thereto, defendants E*TRADE Financial Corporation, E*TRADE Securities LLC, Paul T. Idzik, and Karl A. Roessner move the United States District Court for the Southern District of New York, located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), granting Defendants' Motion to Dismiss The Second Amended Complaint with prejudice and granting such other and further

relief as the Court deems just and proper.

DATED: New York, New York
March 13, 2017

                      QUINN EMANUEL URQUHART & SULLIVAN, LLP

                      */s/ Corey Worcester*
                      Faith E. Gay
                      Marc L. Greenwald
                      Corey Worcester
                      Julia M. Beskin
                      Renita Sharma
                      51 Madison Avenue, 22nd Floor
                      New York, New York 10010
                      Tel. (212) 849-7000
                      Fax (212) 849-7100
                      faithgay@quinnemanuel.com
                      marcgreenwald@quinnemanuel.com
                      coreyworcester@quinnemanuel.com
                      juliabeskin@quinnemanuel.com
                      renitasharma@quinnemanuel.com

                      *Attorneys for defendants E\*TRADE Financial Corporation, E\*TRADE Securities LLC, Paul T. Idzik, and Karl A. Roessner*