UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Craig L. Schwab, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>      vs.<br><br>E*TRADE FINANCIAL CORPORATION, E*TRADE SECURITIES LLC, PAUL T. IDZIK, and KARL A. ROESSNER,<br><br>                Defendants. | **Civil Action No. 16-cv-5891-JGK**<br><br>**CLASS ACTION** |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

      PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss The Third Amended Complaint, and the Declaration of Julia M. Beskin in Support of Defendants' Motion to Dismiss The Third Amended Complaint and the Exhibits annexed thereto, defendants E*TRADE Financial Corporation, E*TRADE Securities LLC, Paul T. Idzik, and Karl A. Roessner move the United States District Court for the Southern District of New York, located in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), granting Defendants' Motion to Dismiss The Third Amended Complaint with prejudice and granting such other and further relief as the Court deems just and proper.

DATED:   New York, New York
August 30, 2017

          QUINN EMANUEL URQUHART & SULLIVAN, LLP

          */s/ Corey Worcester*
          Faith E. Gay
          Marc L. Greenwald
          Corey Worcester
          Julia M. Beskin
          Renita Sharma
          51 Madison Avenue, 22nd Floor
          New York, New York 10010
          Tel. (212) 849-7000
          Fax (212) 849-7100
          faithgay@quinnemanuel.com
          marcgreenwald@quinnemanuel.com
          coreyworcester@quinnemanuel.com
          juliabeskin@quinnemanuel.com
          renitasharma@quinnemanuel.com

          *Attorneys for defendants E\*TRADE Financial Corporation, E\*TRADE Securities LLC, Paul T. Idzik, and Karl A. Roessner*