

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CRAIG T. SCHWAB, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED,
                    Plaintiff,

     -against-                                    16 **CIVIL** 5891 (JGK)

                                                          **JUDGMENT**

E*TRADE FINANCIAL CORPORATION,
ET AL.,
                     Defendants.
----------------------------------------------------------------X

    Defendants having moved to dismiss the Third Amended Complaint (the "TAC") for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on January 20, 2018, having rendered its Opinion and Order granting defendants' motion to dismiss the TAC, dismissing the TAC, directing the Clerk to enter judgment dismissing the Third Amended Complaint with prejudice and to close this case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 20, 2018, defendants' motion to dismiss the TAC is granted and the TAC is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          January 22, 2018

                                                                 RUBY J. KRAJICK
                                                                 Clerk of Court
                                              BY:
                                                                   Deputy Clerk

                                                                   THIS DOCUMENT WAS ENTERED
                                                                   ON THE DOCKET ON 1/22/2018