# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CRAIG L. SCHWAB, individually and on behalf of all others similarly situated,
(List the full name(s) of the plaintiff(s)/petitioner(s).)

1:16 CV 5891 ( JGK )( )

-against-

**NOTICE OF APPEAL**

E Trade Financial Corporation et al.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: CRAIG L. SCHWAB

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☒ order entered on: Jan. 20, 2018 (Order) Jan. 22, 2018 (Judgment)

(date that judgment or order was entered on docket)

that: Dismissed Plaintiff's Third Amended Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

(If the appeal is from an order, provide a brief description above of the decision in the order.)

February 15, 2018
Dated

Signature*

Kupka, Christopher, J
Name (Last, First, MI)

Levi & Korsinsky, LLP - 30 Broad Street, 24th Floor, New York, NY 10004
Address          City          State          Zip Code

(212) 363-7500                    ckupka@zlk.com
Telephone Number                  E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13